**Edson Keith & Company, Defendant in Error, v. Thomas F. Keevan and Mrs. Thomas F. Keevan, Plaintiffs in Error.**

### Gen. No. 18,746. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed on remittitur. Opinion filed November 4, 1913.

### Statement of the Case.

Action by Edson Keith & Company, a corporation, against Thomas F. Keevan and Mrs. Thomas F. Kee-

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

van to recover balance due for goods sold and delivered to defendants by plaintiff. From judgment in favor of plaintiff for $194.77, defendant brings error.

HARRY H. FELGAR, for plaintiffs in error.

EASTMAN & WHITE, for defendant in error; RALPH R. HAWXHURST, of counsel.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*when affidavit of merits insufficient.* In an action for money due for goods sold and delivered, affidavit of merits *held* not to show an agreement to extend time for payment so as to constitute a defense where it does not show facts as to the extension of time for payment and does not state for how long the extension was made, but sets up an indefinite arrangement to pay out of the profits.

2. MUNICIPAL COURT OF CHICAGO, § 19*—*when default judgment may be entered for full amount of plaintiff's claim.* Judgment by default, when affidavit of merits stricken may be entered for full amount of plaintiff's claim without requiring the damages to be assessed by a jury, even though an appearance has been filed and a jury demanded.